**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO.: 4:08-CR-00620** |
| | § | |
| **LUIS ARIEL RIVERA-RODRIGUEZ** | § | |

**ORDER**

On motion of the Defendant to require the Government to reveal any agreement entered into between the Government and any prosecution witness that could conceivably influence their testimony, it is ORDERED that the said motion be and same is hereby

(GRANTED)

(DENIED).

SIGNED on this ______ day of _________________, 2008, at Houston, Texas.

________________________________________
**UNITED STATES DISTRICT JUDGE**